# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0180

**JULY 20, 2020**

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 14-CR8-126847.

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court is ordered to provide relator with copies of the bill of information and the criminal court minutes from July 8, 2019, September 9, 2019, November 18, 2019, and December 11, 2019, if it has not already done so. In all other respects, the writ application is denied.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT